STEPHEN F. HENRY, ESQ.
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK HONSINGER, an individual,

Plaintiff,

vs.

BAYER CORPORATION, an Indiana corporation, JAY AUDINO, an individual, and DOES ONE through TEN, inclusive,

Defendants.

Case No. 17-CV-00563 RS

**STIPULATION AND P~~ROPOS~~ED ORDER REGARDING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff's counsel requests, and Defendants' counsel stipulates to, a continuance of the current date for the initial Case Management Conference in this case. The Case Management Conference was originally set for May 18, 2017 and was re-set by the Court to July 20, 2017. Plaintiff's counsel will be in New York on July 20, 2017 and respectfully requests a short continuance in order to be present for the conference rather than appear by CourtCall. Defendants have graciously stipulated to a new date of July 27, 2017.

Dated: May 17, 2017

                                      STEPHEN F. HENRY, ESQ.

                                      By: __/s/ Stephen Henry__
                                      STEPHEN F. HENRY
                                      Attorney for Plaintiff

Dated: May 17, 2017

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Drew Frederick
Melinda S. Riechert
Andrew P. Frederick
Attorneys for Defendant

**ORDER**

The Case Management Conference is continued to July 27, 2017.

IT IS SO ORDERED.

Dated: 5/17/17

Richard Seeborg
U.S. Northern District Court Judge