Morgan, Lewis &
Bockius LLP
Attorneys at Law
Silicon Valley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HONSINGER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation, JAY AUDINO, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 3:17-cv-00563-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR HEARING PRE-TRIAL MOTIONS FROM FEBRUARY 15, 2018 TO MARCH 1, 2018** |

# [~~PROPOSED~~] ORDER

The Court, having considered the Parties' Stipulation to Extend the Deadline for Hearing Pre-Trial Motions from February 15, 2018 to March 1, 2018, and for good cause appearing, hereby orders that the deadline for hearing pre-trial motions, including dispositive pre-trial motions, shall be continued from February 15, 2018 to March 1, 2018.

**IT IS SO ORDERED.**

Dated: 12/15/17

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE