UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK HONSINGER,

    Plaintiff,

    v.

BAYER CORPORATION, et al.,

    Defendants.

Case No. 17-cv-00563-RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 8, 2018.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 15, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: January 22, 2018

_____
Richard Seeborg
United States District Judge